John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Telephone: (415) 561-9600
Facsimile: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M., a minor, through his guardian ad litem, TRACY KELLY; TRACY KELLY, individually and as guardian ad litem for Colin M.; and RON MASSIE,<br><br>Plaintiffs,<br><br>v.<br><br>ST. HELENA HOSPITAL dba ST. HELENA HOSPITAL CENTER FOR BEHAVIORAL HEALTH, FRANCIS J. MULLER, M.D., KAISER FOUNDATION HOSPITAL dba KAISER PERMANENTE, JASON ROBERT NAU, M.D., CITY OF VALLEJO, D. JOSEPH, and DOES 1-25, inclusive<br><br>Defendants. | Case No. CV-08-01930 WDB<br><br>**PETITION AND [PROPOSED] ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioners state as follows:

1. Colin M. is a minor born on December 12, 2000.

2. Petitioner Colin M. has commenced an action in this Court in a complaint filed on April 11, 2008 against St. Helena Hospital dba St. Helena Hospital Center for Behavioral Health,

- 1 -

Francis J. Muller, M.D., Kaiser Foundation Hospital dba Kaiser Permanente, Jason Robert Nau, M.D., City of Vallejo, D. Joseph, and Does 1-25 for civil-rights violations.

3. Petitioner has not filed a previous request to appoint any person, including his mother, Tracy Kelly, as guardian ad litem in this matter.

4. Tracy Kelly, who can be contacted through John Scott, Scott Law Firm, 1375 Sutter St., #222, San Francisco, CA 94109, is a competent and responsible person, fully competent to act as petitioners' guardian ad litem, and is his mother.

6. Tracy Kelly is willing to act as guardian ad litem for petitioner.

7. WHEREFORE, petitioner Colin M. moves the Court for an order appointing Tracy Kelly as his guardian ad litem for the purpose of bringing action against St. Helena Hospital dba St. Helena Hospital Center for Behavioral Health, Francis J. Muller, M.D., Kaiser Foundation Hospital dba Kaiser Permanente, Jason Robert Nau, M.D., City of Vallejo, D. Joseph, and Does 1-25 for civil-rights violations.

## Consent of Nominee

I, Tracy Kelly, the nominee of the Petitioner, consent to act as guardian ad litem for my son, Colin M, in the above-noted action..

Dated: April 16, 2008

By: *Tracy Kelly* (signature)
Tracy Kelly

Respectfully submitted,

Dated: April 17, 2008

SCOTT LAW FIRM

By: (signature)
John Houston Scott
Attorney for Plaintiffs

- 2 -

## [PROPOSED] ORDER

The petition for an order appointing Tracy Kelly as guardian ad litem for petitioner Colin M., a minor, is GRANTED.

**IT IS SO ORDERED.**

Dated: _____     By: _____
                                        United States District Judge