# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

COLIN M., a minor, through his guardian ad litem, TRACY KELLY; TRACY KELLY, individually and as guardian ad litem for Colin M.; and RON MASSIE

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

ST. HELENA HOSPITAL dba ST. HELENA HOSPITAL CENTER FOR BEHAVIORAL HEALTH, FRANCIS J. MULLER, M.D., KAISER FOUNDATION HOSPITAL dba KAISER PERMANENTE, JASON ROVERT NAU, M.D., CITY OF VALLEJO, D. JOSEPH, and DOES 1-25, inclusive

TO: (Name and address of defendant)
St. Helena Hospital, 10 Woodland Road, St. Helena, CA 94574
Francis Muller, M.D., c/o St. Helena Hospital, 10 Woodland Road, St. Helena, CA 94574
Kaiser Foundation Hospital, 1 Kaiser Plaza, Oakland, CA 94612
Jason Nau, M.D., Kaiser Hospital Emergency Dept., 975 Sereno Dr., Vallejo, CA 94589
City of Vallejo, 555 Santa Clara St., Vallejo, CA 94590
D. Joseph, c/o City of Vallejo, 555 Santa Clara St., Vallejo, CA 94590

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Houston Scott
Scott Law Firm
1375 Sutter Street, Suite 222
San Francisco, CA 94109

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE _____

_____
(BY) DEPUTY CLERK

NDCAO44C

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[*](1) | DATE | April 29, 2008 @ 11:50 am |
| NAME OF SERVER *(PRINT)* T.R. Ackerman | TITLE | Employee of Registered CA Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: /City of Vallejo _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Linda Riggins, City Clerk's Office o/b/o

☐ Returned unexecuted: _____

☒ Other (specify): *Order Setting Initial Case Management Conf., Brazil Standing OrderECF Handout, Notice of Assignment

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | $50.00 | TOTAL | $50.00 |
|---|---|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 29, 2008
              Date

Signature of Server T.R. Ackerman, SF #136 Emp.
DO PROCESS, INC.
2215-R Market Street
*Address of Server*
San Francisco, CA  94114
(415) 541-8585