UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COLIN M., a minor, et al.

    Plaintiff(s),

v.

ST. HELENA HOSPITAL, et al.

    Defendant(s).

No. C 4:08-CV-01930-WDB

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 5-15-08

Signature: /s/ Martin

Counsel for Defendants
City of Vallejo and D. Joseph