1  John Houston Scott, Esq., SBN: 72578
2  Lizabeth N. de Vries, Esq., SBN: 227215
   Scott Law Firm
3  1375 Sutter St, Ste 222
   San Francisco, CA, 94109
4  Tel:   (415) 561-9600
5  Fax:   (415) 561-9609
   john@scottlawfirm.net
6  liza@scottlawfirm.net

7  Attorneys for Plaintiffs

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11

12  COLIN M., a minor through his guardian ad      ) Case No: C08-01930 WDB
    litem TRACY KELLY, TRACY KELLY,                )
13  individually and as a guardian ad litem for    ) STIPULATION AND [PROPOSED]
    Colin M., and RON MASSIE,                      ) ORDER TO EXTEND TIME TO FILE
14                                                 ) RESPONSIVE PLEADING TO COMPLAINT
                                                   )
15              Plaintiffs,                        )
                                                   )
16       vs.                                       ) Action Filed: April 11, 2008
    ST. HELENA HOSPITAL dba ST. HELENA             )
17  HOSPITAL CENTER FOR BEHAVIORAL                 )
    HEALTH, FRANCIS MULLER, M.D., KAISER           )
18  FOUNDATION HOSPITAL dba KAISER                 )
19  PERMANENTE, JASON ROBERT NAU, M.D.,            )
    CITY OF VALLEJO, D. JOSEPH, and DOES 1-        )
20  25, inclusive,                                 )
                                                   )
21              Defendants.                        )

22

23      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs ("Plaintiffs")

24  COLIN M., a minor through his guardian ad litem TRACY KELLY, TRACY KELLY, individually

25  and as a guardian ad litem for Colin M., and RON MASSIE, and Defendants ("Defendants")

26  KAISER FOUNDATION HOSPITALS, and JASON ROBERT NAU, M.D., through their respective

27

28
    _____
    STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT
    (Case No.: C08-01930 WDB)
                                        1

counsel, pursuant to Local Rule 6-1(a), that Defendants' time by which to file a responsive pleading to Plaintiffs' Complaint is extended to June 13, 2008.

IT IS SO STIPULATED.

DATED: May 16, 2008                    SCOTT LAW FIRM

By _____
JOHN HOUSTON SCOTT
Attorneys for Plaintiffs
COLIN M., a minor through his guardian
ad litem TRACY KELLY, TRACY KELLY,
individually and as a guardian ad litem for
Colin M., and RON MASSIE

DATED: May 16, 2008                    MURO & LAMPE, INC.

By _____
MARK A. MURO
Attorneys for Defendants
KAISER FOUNDATION HOSPITALS, and
JASON ROBERT NAU, M.D.

IT IS SO ORDERED.

DATED: May _____, 2008

_____
HONORABLE WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT
(Case No.: C08-01930 WDB)

2