1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M., a minor, et al. | No.  C 08-1930 WDB |
| Plaintiffs, | NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |
| v. | |
| ST. HELENA HOSPITAL, et al. | |
| Defendants. | |
| _____/ | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.  The case management conference set for July 21, 2008, at 4:00 p.m. is vacated.

Dated: May 20, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By:  SarahWeinstein
    Law Clerk/Deputy Clerk

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd