# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

COLIN M., a minor, through his guardian ad litem, TRACY
KELLY; TRACY KELLY, individually and as guardian ad
litem for Colin M.; and RON MASSIE

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER:

ST. HELENA HOSPITAL dba ST. HELENA HOSPITAL
CENTER FOR BEHAVIORAL HEALTH, FRANCIS J.
MULLER, M.D., KAISER FOUNDATION HOSPITAL dba
KAISER PERMANENTE, JASON ROVERT NAU, M.D.,
CITY OF VALLEJO, D. JOSEPH, and DOES 1-25,
inclusive

TO: (Name and address of defendant)
St. Helena Hospital, 10 Woodland Road, St. Helena, CA 94574
Francis Muller, M.D., c/o St. Helena Hospital, 10 Woodland Road, St. Helena, CA 94574
Kaiser Foundation Hospital, 1 Kaiser Plaza, Oakland, CA 94612
Jason Nau, M.D., Kaiser Hospital Emergency Dept., 975 Sereno Dr., Vallejo, CA 94589
City of Vallejo, 555 Santa Clara St., Vallejo, CA 94590
D. Joseph, c/o City of Vallejo, 555 Santa Clara St., Vallejo, CA 94590

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John Houston Scott
Scott Law Firm
1375 Sutter Street, Suite 222
San Francisco, CA 94109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the
complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE _____

_____
(BY) DEPUTY CLERK

NDCAO440

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE *May 30, 2008* |
| Name of SERVER *Michael Levy* | TITLE *Investigator, John Scott Law Firm* |

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: *Main Post Office, Novato California 1537 S. Novato Blvd, Novato CA 94947*

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *June 1, 2008*
Date

*M. Levy*
Signature of Server

*3855 Buell St #1*
Address of Server
*Oakland, CA 94619*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Process Server Request to Postmaster for Boxholder Information**

Postmaster:  Novato, CA  94948

Request for address information needed for *Service of Legal Process:*
**Please furnish the new address or the name of the street address for the following post office box holder:**

Name:  Francis Joseph Muller

Address:  P.O. Box 1868

Novato, CA  94948 - 1868

**NOTE:  Name and last known address are required for change of address information; and the name, if known and post office box address are required for post office box holder information, under U.S. Postal Service laws and regulations.**

*The following information is provided in accordance with 39 CFR 265.6(d)(4)(ii).  There is no fee for providing post office box holder information.*

Capacity of requester:  Process Server for John Scott Law Firm, SF, CA

Signature or regulation that empowers me to serve process (not required of attorney or party acting pro se; except that a corporation pro se must cite statute):

X  M.                                  , (dated)  5/27/08

Name of all known parties:  Collin M. (minor) Trac Kelly, Ron Massie St Helena Hospital, Francis Muller, Jason Nau, City of Vallejo D. Joseph +

Docket/I.D. # WDB CV08 1930   Capacity of Individual Served  Defendant

*Warning:  Submission of false information to obtain/use this information for any purpose other than the service of legal process in connection with actual or prospective litigation could result in criminal penalties including fine and imprisonment (Title 18USC101).*

Signature:  M.                      Address:  3855 Buell St #1

Printed Name:  Michael Levy          City, State, Zip  Oakland CA 94619

**POSTOFFICE USE ONLY**

_____No change of address order on file

_____Moved, left no forwarding address

_____No Such address

New Address or Boxholders  name, Postmark, & street address

1450 Grant Ave          #208

Novato  Ca  94945

JUN
2
2008
USPS