1  JOSEPH S. PICCHI, ESQ. (State Bar No. 157102)
   AARON T. SCHULTZ, ESQ. (State Bar No. 222949)
2  GALLOWAY, LUCCHESE, EVERSON & PICCHI
   A Professional Corporation
3  1676 North California Blvd., Suite 500
   Walnut Creek, CA  94596-4183
4  Tel. No. (925) 930-9090
   Fax No. (925) 930-9035
5  E-mail: aschultz@glattys.com

6  Attorneys for Defendant
   FRANCIS J. MULLER, JR., M.D.
7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | COLIN M., a minor, through his guardian ad litem, TRACY KELLY; TRACY KELLY, individually and as guardian as litem for COLIN M.; and RON MASSIE, | Case No.  C 08-01930 WHA
12 | | The Honorable William H. Alsup
13 | Plaintiffs, | **AMENDED NOTICE OF MOTION TO DISMISS CLAIMS AGAINST FRANCIS J. MULLER, JR., M.D. FOR FAILURE TO STATE A CLAIM (FED. RULE CIV. P. RULE 12(B)(6); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**
14 | vs. |
15 | ST. HELENA HOSPITAL dba ST. HELENA HOSPITAL CENTER FOR BEHAVIORAL HEALTH, FRANCIS J. MULLER, M.D., KAISER FOUNDATION HOSPITAL dba KAISER PERMANENTE, JASON ROBERT NAU, M.D., CITY OF VALLEJO, D. JOSEPH, and DOES 1-25, inclusive, | [Filed Concurrently With:  1. Proof of Service
16 | | **Date:** August 21, 2008
17 | | **Time:** 8:00 a.m.
18 | | **Courtroom:** 9, 19th Floor
19 | Defendants. |

20

21      TO PLAINTIFFS COLIN M., A MINOR, THROUGH HIS GUARDIAN AD LITEM, TRACY

22 KELLY; TRACY KELLY, INDIVIDUALLY AND AS GUARDIAN AS LITEM FOR COLIN M.; RON

23 MASSIE AND THEIR ATTORNEYS OF RECORD:

24      PLEASE TAKE NOTICE that due to the unavailability of counsel for plaintiffs on the date

25 originally noticed for this hearing (July 31, 2008), a new hearing date of August 21, 2008 at

26 8:00 a.m. or as soon thereafter as counsel may be heard, in Courtroom 9, before The

27 Honorable William H. Alsup of this Court, has been selected on which defendant FRANCIS J.

28 MULLER, JR., M.D. ("Dr. Muller") will move this Court under Rule 12(b)(6) of the Federal Rules

1

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA  94596
(925) 930-9090

**C 08-01930 WDB: AMENDED NOTICE OF MOTION TO DISMISS CLAIMS AGAINST DEFENDANT FRANCIS J. MULLER, JR., M.D.**

100-8312/ATS/372830.doc

1  of Civil Procedure to dismiss plaintiffs' claims against him in the Complaint on the grounds that
2  they fail to state a claim upon which relief may be granted.
3      This Motion will be based upon this Amended Notice of Motion as well as the underlying
4  Motion and attached Memorandum of Points and Authorities previously filed with this Court and
5  served on all parties on June 19, 2008, all pleadings, records and files in this action, and upon
6  such oral and documentary evidence as may be presented at the hearing of this motion.
7  Dated:  July 2, 2008

    GALLOWAY, LUCCHESE, EVERSON & PICCHI

By: \_\_\_\_/s/_____
    AARON T. SCHULTZ, ESQ.
Attorneys for Defendant
FRANCIS J. MULLER, JR., M.D.

GALLOWAY, LUCCHESE,
EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA  94596
(925) 930-9090

2

**C 08-01930 WDB: AMENDED NOTICE OF MOTION TO DISMISS CLAIMS AGAINST DEFENDANT FRANCIS J. MULLER, JR., M.D.**

100-8312/ATS/372830.doc

**PROOF OF SERVICE BY MAIL – C.C.P. §§1013(A), 2015.5**

I declare under penalty of perjury that:

I am a citizen of the United States and am employed in the County of Contra Costa. I am over the age of eighteen years and not a party to the within action. My business address is 1676 North California Boulevard, Suite 500, Walnut Creek, CA 94596-4183. On July 2, 2008, I served the within **AMENDED NOTICE OF MOTION TO DISMISS** on the parties in this action by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at Walnut Creek, California, addressed as follows:

| | |
|---|---|
| John Houston Scott, Esq.<br>Lizebeth N. de Vries, Esq.<br>The Scott Law Firm<br>1375 Sutter Street, Suite 222<br>San Francisco, CA 94109 | Counsel for Plaintiffs COLIN M., a minor, through his guardian ad litem, TRACY KELLY; TRACY KELLY, individually and as guardian as litem for COLIN M.; and RON MASSIE |
| Robert M. Slattery, Esq.<br>Christopher N. Odne, Esq.<br>McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers LLP<br>P. O. Box 5288<br>Walnut Creek, CA 94596 | Counsel for Defendant ST. HELENA HOSPITAL |
| Ross E. Lampe, Esq.<br>David J. Garcia, Esq.<br>Muro & Lampe, Inc.<br>2277 Fair Oaks Blvd., Suite 155<br>Sacramento, CA 95825 | Counsel for Defendants KAISER FOUNDATION HOSPITALS and JASON ROBERT NAU, M.D. |
| Alesia F. Jones-Martin, Esq.<br>City of Vallejo, City Hall<br>555 Santa Clara Street, Third Floor<br>P. O. Box 3068<br>Vallejo, CA 94590 | Counsel for Defendants CITY OF VALLEJO and D. JOSEPH |

Executed on July 2, 2008 at Walnut Creek, California.

                                                             /s/<br>
                                            Donna M. Anderson

GALLOWAY, LUCCHESE, EVERSON & PICCHI
1676 North California Blvd.
Suite 500
Walnut Creek, CA 94596
(925) 930-9090

3

**C 08-01930 WDB: AMENDED NOTICE OF MOTION TO DISMISS CLAIMS AGAINST DEFENDANT FRANCIS J. MULLER, JR., M.D.**

100-8312/ATS/372830.doc