1  MURO & LAMPE, INC.
   Ross E. Lampe, Esq. (SBN: 172336)
2  David J. Garcia, Esq. (SBN: 209311)
3  2277 Fair Oaks Blvd. #155
   Sacramento, CA 95825
4  Telephone:    (916) 925-9500
5  Facsimile:    (916) 925-9550
   Ross.lampe@muro-lampe.com
6  David.garcia@muro-lampe.com

7  Attorneys for Defendants
8  Kaiser Foundation Hospitals, The
   Permanente Medical Group, Inc.,
9  and Jason Robert Nau, M.D.

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

| 13 | COLIN M., a minor, through his guardian ad litem, TRACY KELLY; TRACY KELLY, individually and as guardian ad litem for Colin M.; and RON MASSIE,<br><br>Plaintiffs,<br><br>vs.<br><br>ST. HELENA HOSPITAL dba ST. HELENA HOSPITAL CENTER FOR BEHAVIORAL HEALTH, FRANCIS J. MULLER, M.D., KAISER FOUNDATION HOSPITAL dba KAISER PERMANENTE, JASON ROBERT NAU, M.D., CITY OF VALLEJO, D. JOSEPH, and DOES 1-25, inclusive<br><br>Defendants. | Case No.: C08-01930 WHA<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
|---|---|

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., and Jason Robert Nau, M.D. hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby request the reassignment of this case to a United States District judge.

DATED: July 8, 2008

MURO & LAMPE, INC.

By: _____
David J. Garcia, Esq.
Attorneys for Defendants
Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., and Jason Robert Nau, M.D.

---

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE