MURO & LAMPE, INC.
Ross E. Lampe, Esq. (SBN: 172336)
David J. Garcia, Esq. (SBN: 209311)
2277 Fair Oaks Blvd. #155
Sacramento, CA 95825
Telephone:    (916) 925-9500
Facsimile:    (916) 925-9550
Ross.lampe@muro-lampe.com
David.garcia@muro-lampe.com

Attorneys for Defendants
Kaiser Foundation Hospitals, The
Permanente Medical Group, Inc.,
and Jason Robert Nau, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M., a minor, through his guardian ad litem, TRACY KELLY; TRACY KELLY, individually and as guardian ad litem for Colin M.; and RON MASSIE, <br><br> Plaintiffs, <br><br> vs. <br><br> ST. HELENA HOSPITAL dba ST. HELENA HOSPITAL CENTER FOR BEHAVIORAL HEALTH, FRANCIS J. MULLER, M.D., KAISER FOUNDATION HOSPITAL dba KAISER PERMANENTE, JASON ROBERT NAU, M.D., CITY OF VALLEJO, D. JOSEPH, and DOES 1-25, inclusive <br><br> Defendants. | Case No.: C08-01930 WHA <br><br> **KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., AND JASON ROBERT NAU, M.D.'S – CERTIFICATION OF NO INTERESTED PARTIES OR PERSONS** |

///

///

///

1

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATE: July 8, 2008

MURO & LAMPE, INC.

By: _____
David J. Garcia, Esq.
Attorneys for Defendants
Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., and Jason Robert Nau, M.D.