1  John Houston Scott, SBN 72578
   Lizabeth N. de Vries, SBN 227215
2  **SCOTT LAW FIRM**
   1375 Sutter Street, Suite 222
3  San Francisco, CA 94109
   Tel: (415) 561-9600
4  Fax: (415) 561-9609
   john@scottlawfirm.net
5  liza@scottlawfirm.net

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 COLIN M., a minor, through his guardian ad         ) Case No.: C08-01930 WHA
   litem, TRACY KELLY; TRACY KELLY,                   )
12 individually and as guardian ad litem for Colin    )
   M.; and RON MASSIE,                                )
13                                                     ) **PLAINTIFFS' CERTIFICATION OF NO**
                    Plaintiffs,                        ) **INTERESTED ENTITIES OR PERSONS**
14                                                     )
        v.                                            ) [Civil L. R. 3-16]
15                                                     )
   ST. HELENA HOSPITAL dba ST. HELENA                 )
16 HOSPITAL CENTER FOR BEHAVIORAL                     )
   HEALTH, FRANCIS J. MULLER, M.D.,                   )
17 KAISER FOUNDATION HOSPITAL dba                     )
   KAISER PERMANENTE, JASON ROBERT                    )
18 NAU, M.D., CITY OF VALLEJO, D. JOSEPH,            )
   and DOES 1-25, inclusive                           )
19                                                     )
                    Defendants.                        )
20

21        As required by Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

22 named parties, there is no interest to report.

23 **DATED:** July, 8 2008                                    **SCOTT LAW FIRM**

24

25                                                      By: 
                                                           LIZABETH N. dE VRIES
26                                                         Attorney for Plaintiffs
                                                           COLIN M., TRACY KELLY
27                                                         and RON MASSIE

28

                                    - 1 -

       PLAINTIFFS' CERTIFICATION OF NO INTERESTED ENTITIES OR PERSONS

*(left margin, vertical)* SCOTT LAW FIRM  1375 SUTTER STREET, SUITE 222  SAN FRANCISCO, CA 94109