ROBERT M. SLATTERY (State Bar No. 62809)
RICARDO A. MARTINEZ (State Bar No. 104676)
CHRISTOPHER N. ODNE (State Bar No. 241175)
McNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
ST. HELENA HOSPITAL erroneously named as ST. HELENA
HOSPITAL dba ST. HELENA HOSPITAL CENTER FOR
BEHAVIORAL HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M., a minor, through his guardian ad litem, TRACY KELLY; TRACY KELLY, individually and as guardian ad litem for Colin M.; and RON MASSIE,<br><br>Plaintiffs,<br><br>vs.<br><br>ST. HELENA HOSPITAL dba ST. HELENA HOSPITAL CENTER FOR BEHAVIORAL HEALTH, FRANCIS J. MULLER, M.D.; KAISER FOUNDATION HOSPITAL dba KAISER PERMANENTE, JASON ROBERT NAU, M.D., CITY OF VALLEJO, D. JOSEPH, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. C08-01930 WHA<br><br>**DEFENDANT ST. HELENA HOSPITAL'S CERTIFICATION OF NO INTERESTED PARTIES OR PERSONS** |

///
///
///
///
///
///

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

3  named parties, there is no such interest to report.

4  Dated: July 9, 2008    MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
Robert M. Slattery
Christopher N. Odne
Attorneys for Defendant
ST. HELENA HOSPITAL erroneously named as ST. HELENA HOSPITAL dba ST. HELENA HOSPITAL CENTER FOR BEHAVIORAL HEALTH

DEFENDANT ST. HELENA HOSPITAL'S CERTIFICATION OF NO INTERESTED PARTIES OR PERSON    2