John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Tel: (415) 561-9600
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M., a minor, through his guardian ad litem, TRACY KELLY; TRACY KELLY, individually and as guardian ad litem for Colin M.; and RON MASSIE,<br><br>Plaintiffs,<br><br>v.<br><br>ST. HELENA HOSPITAL dba ST. HELENA HOSPITAL CENTER FOR BEHAVIORAL HEALTH, FRANCIS J. MULLER, M.D., KAISER FOUNDATION HOSPITAL dba KAISER PERMANENTE, JASON ROBERT NAU, M.D., CITY OF VALLEJO, D. JOSEPH, and DOES 1-25, inclusive<br><br>Defendants. | Case No.: C08-01930 WHA<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE**<br><br>[ADR Local Rule 3-5] |

Counsel have met and conferred regarding ADR and request a Settlement Conference with a Magistrate Judge. The initial case management conference is set for July 17, 2008. Counsel who will participate in an ADR phone conference include as follows:

John Scott and Liza de Vries, for plaintiffs, (415) 561-9603, liza@scottlawfirm.net;

David Garcia and Ross Lampe, for Kaiser and Dr. Nau, david.garcia@muro-lampe.com;

Robert M. Slattery, for St. Helena, (925) 939-5330, robert.slattery@mcnamaralaw.com;

Aaron T. Schultz, for Dr. Muller, (925) 930-9090, aschultz@glattys.com; and,

Alesia Jones-Martin, for Vallejo and Joseph, (707) 648-4545, cityatty@ci.vallejo.ca.us.

SCOTT LAW FIRM
1375 SUTTER STREET, SUITE 222
SAN FRANCISCO, CA 94109

DATED: July 10, 2008                              **SCOTT LAW FIRM**

                                                  By: /s/ - Lizabeth N. de Vries
                                                  LIZABETH N. dE VRIES
                                                  Attorney for Plaintiffs
                                                  COLIN M., TRACY KELLY
                                                  and RON MASSIE

DATED: July 10, 2008                              **MCNAMARA DODGE LLP**

                                                  By: /s/ - Robert M. Slattery
                                                  ROBERT M. SLATTERY
                                                  CHRISTOPHER N. ODNE
                                                  Attorneys for Defendant
                                                  ST. HELENA HOSPITAL

DATED: July 10, 2008                              **GALLOWAY LUCCHESE**

                                                  By: /s/ - Aaron T. Schultz
                                                  AARON T. SCHULTZ
                                                  Attorney for Defendant
                                                  FRANCIS J. MULLER, M.D.

DATED: July 10, 2008                              **MURO AND LAMPE INC**

                                                  By: /s/ - Ross E. Lampe
                                                  ROSS E. LAMPE
                                                  DAVID JOHN GARCIA
                                                  Attorneys for Defendants
                                                  KAISER FOUNDATION
                                                  HOSPITALS and JASON
                                                  ROBERT NAU, M.D.

DATED: July 10, 2008                              **ASSISTANT CITY ATTORNEY**

                                                  By: /s/ - Alesia Jones-Martin
                                                  ALESIA JONES-MARTIN
                                                  Attorney for Defendants
                                                  CITY OF VALLEJO and D.
                                                  JOSEPH

NOTICE OF NEED FOR ADR PHONE CONFERENCE