1  JOSEPH S. PICCHI, ESQ. (State Bar No. 157102)
   AARON T. SCHULTZ, ESQ. (State Bar No. 222949)
2  GALLOWAY, LUCCHESE, EVERSON & PICCHI
   A Professional Corporation
3  1676 North California Blvd., Suite 500
   Walnut Creek, CA  94596-4183
4  Tel. No. (925) 930-9090
   Fax No. (925) 930-9035
5  E-mail: aschultz@glattys.com

6  Attorneys for Defendant
   FRANCIS J. MULLER, JR., M.D.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  COLIN M., a minor, through his guardian ad      Case No.   C 08-01930 WHA
    litem, TRACY KELLY; TRACY KELLY,
12  individually and as guardian as litem for COLIN        The Honorable William H. Alsup
    M.; and RON MASSIE,
13                                                  **DEFENDANT FRANCIS J. MULLER, JR.,
             Plaintiffs,                            M.D.'S CERTIFICATION OF NO
14                                                  INTERESTED ENTITIES OR PERSONS**
         vs.
15                                                  [Civil L.R. 3-16]
    ST. HELENA HOSPITAL dba ST. HELENA
16  HOSPITAL CENTER FOR BEHAVIORAL
    HEALTH, FRANCIS J. MULLER, M.D.,
17  KAISER FOUNDATION HOSPITAL dba
    KAISER PERMANENTE, JASON ROBERT
18  NAU, M.D., CITY OF VALLEJO, D. JOSEPH,
    and DOES 1-25, inclusive,
19
             Defendants.
20
    _____
21
          As required by Civil L.R. 3-16, the undersigned certifies that as of this date, other than
22
    the named parties, there is no interest to report.
23
    Dated:  July 10, 2008
24                                                  GALLOWAY, LUCCHESE, EVERSON &
                                                    PICCHI
25

26                                                  By: _____
                                                         AARON T. SCHULTZ, ESQ.
27                                                  Attorneys for Defendant
                                                    FRANCIS J. MULLER, JR., M.D.
28

GALLOWAY, LUCCHESE,
  EVERSON & PICCHI
1676 North California Blvd.
    Suite 500
Walnut Creek, CA  94596
  (925) 930-9090

                                                    1

**C 08-01930 WHA:  DEFENDANT FRANCIS J. MULLER, JR., M.D.'S CERTIFICATION OF NO       100-8312/ATS/373552.doc
INTERESTED ENTITIES OR PERSONS**

1

## PROOF OF SERVICE BY MAIL – C.C.P. §§1013(A), 2015.5

2        I declare under penalty of perjury that:

3        I am a citizen of the United States and am employed in the County of Contra Costa.  I

4   am over the age of eighteen years and not a party to the within action.  My business address is

5   1676 North California Boulevard, Suite 500, Walnut Creek, CA  94596-4183.  On July 10, 2008,

6   I served the within **DEFENDANT FRANCIS J. MULLER, JR., M.D.'S CERTIFICATION OF NO**

7   **INTERESTED ENTITIES OR PERSONS** on the parties in this action by placing a true copy

8   thereof, enclosed in a sealed envelope with postage thereon fully paid, in the United States mail

9   at Walnut Creek, California, addressed as follows:

| | |
|---|---|
| 10  John Houston Scott, Esq.<br>Lizabeth N. de Vries, Esq.<br>11  The Scott Law Firm<br>1375 Sutter Street, Suite 222<br>12  San Francisco, CA  94109 | Counsel for Plaintiffs COLIN M., a minor,<br>through his guardian ad litem, TRACY<br>KELLY; TRACY KELLY, individually and<br>as guardian as litem for COLIN M.; and<br>RON MASSIE |
| 13  Robert M. Slattery, Esq.<br>Christopher N. Odne, Esq.<br>14  McNamara, Dodge, Ney, Beatty, Slattery,<br>Pfalzer, Borges & Brothers LLP<br>15  P. O. Box 5288<br>Walnut Creek, CA  94596<br>16 | Counsel for Defendant ST. HELENA<br>HOSPITAL |
| 17  Ross E. Lampe, Esq.<br>David J. Garcia, Esq.<br>18  Muro & Lampe, Inc.<br>2277 Fair Oaks Blvd., Suite 155<br>19  Sacramento, CA 95825 | Counsel for Defendants KAISER<br>FOUNDATION HOSPITALS and JASON<br>ROBERT NAU, M.D. |
| 20  Alesia F. Jones-Martin, Esq.<br>City of Vallejo, City Hall<br>21  555 Santa Clara Street, Third Floor<br>P. O. Box 3068<br>22  Vallejo, CA 94590 | Counsel for Defendants CITY OF<br>VALLEJO and D. JOSEPH |

23        Executed on July 10, 2008, at Walnut Creek, California.

24

25                                                        _____
                                                          Donna M. Anderson

26

27

28

2

C 08-01930 WHA:  DEFENDANT FRANCIS J. MULLER, JR., M.D.'S CERTIFICATION OF NO
INTERESTED ENTITIES OR PERSONS

100-8312/ATS/373552.doc