FREDERICK G. SOLEY
City Attorney, SBN 100270
**ALESIA JONES-MARTIN**
Assistant City Attorney, SBN 154420
**CITY OF VALLEJO,** City Hall
555 Santa Clara Street, Third Floor
P.O. Box 3068
Vallejo, CA  94590
Tel:  (707) 648-4545    Fax:  (707) 648-4687

Attorney for Defendants, CITY OF VALLEJO and D. JOSEPH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M., a minor, through his guardian ad litem, TRACY KELLY; TRACY KELLY, individually and as guardian ad litem for Colin M.; and RON MASSIE,<br><br>Plaintiffs,<br>v.<br><br>ST. HELENA HOSPITAL dba ST HELENA HOSPITAL CENTER FOR BEHAVIORAL HEALTH, FRANCIS J. MULLER, M.D., KAISER FOUNDATION HOSPITAL dba KAISER PERMANENTE, JASON ROBERT NAU, M.D., CITY OF VALLEJO, D. JOSEPH, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 4:08-CV-01930-WHA<br><br>INITIAL DISCLOSURES OF DEFENDANTS CITY OF VALLEJO AND D. JOSEPH [F.R.C.P., RULE 26] |

Pursuant to Federal Rules of Civil Procedure, Rule 26, the Defendants City of Vallejo and D. Joseph, set forth initial disclosures in the above-entitled matter. Defendant reserves the right to modify, change, and/or supplement each and every disclosure contained herein as further information becomes available, through and up to the end of trial of the above-entitled matter.

**INITIAL DISCLOSURES**

**A.    Potential Witnesses**

1.    Officer Dustin Joseph

      c/o Vallejo City Attorney's Office

|   |   |   |
|---|---|---|
| 1 |   | 555 Santa Clara Street |
| 2 |   | P.O. Box 3068 |
| 3 |   | Vallejo, CA 94590 |
| 4 |   | (707) 648-4545 |
| 5 | 2. | Officer Dwayne Walker |
| 6 |   | c/o Vallejo City Attorney's Office |
| 7 |   | 555 Santa Clara Street |
| 8 |   | P.O. Box 3068 |
| 9 |   | Vallejo, CA 94590 |
| 10 |   | (707) 648-4545 |
| 11 | 3. | Sergeant Sidney de Jesus |
| 12 |   | c/o Vallejo City Attorney's Office |
| 13 |   | 555 Santa Clara Street |
| 14 |   | P.O. Box 3068 |
| 15 |   | Vallejo, CA 94590 |
| 16 |   | (707) 648-4545 |
| 17 | 4. | Chief Robert W. Nichelini |
| 18 |   | c/o Vallejo City Attorney's Office |
| 19 |   | 555 Santa Clara Street |
| 20 |   | P.O. Box 3068 |
| 21 |   | Vallejo, CA 94590 |
| 22 |   | (707) 648-4545 |

23  5.  Any other relevant witnesses whose names, addresses, and/or telephone numbers are discovered by the parties, either through discovery documents produced, through any investigation conducted by any of the parties. If such witnesses are discovered, Defendants' attorneys will inform Plaintiff's counsel of said witnesses names, addresses and telephone numbers.

6. Any and all expert reports the parties decide to have testify this case. When the names, addresses, and telephone numbers of said expert witnesses are ascertained, and when required to produce information regarding them, counsel will meet and confer regarding such discovery and produce such information that is not protected by privileges against disclosure.

**B.     Documents and Tangible Things**

Accompanying this disclosure are Defendant's documents. A thorough and diligent search has been conducted to compile the described documents. Further documents may exist which were not located during said search. Should further documents be located they shall be produced soon thereafter.

1. Incident Recall Sheet for May 15, 2007.
2. Application for 72-Hour Detention for Evaluation and Treatment, completed by D. Joseph, dated May 15, 2007.
3. Juvenile Arrest Report, No. 07-9921, dated May 15, 2007.
4. Vallejo Police Department Report Supplement, No. 07-9921, dated May 15, 2007.

**C.     Damages**

The City of Vallejo Defendants seek no damages at this time.

**D.     Insurance**

The City of Vallejo is self-insured for the two hundred and fifty thousand dollars ($250,000.00) of general liability loss per occurrence. Excess pooled general liability coverage is purchased through the City's membership in the California Joint Powers Risk Management Authority (CJPRMA). Excess liability coverage is defined in the Memorandum of Coverage of the CJPRMA.

DATED: July 14, 2008

/s/ - Alesia Jones-Martin
ALESIA JONES-MARTIN
Assistant City Attorney
Attorney for Defendants,
CITY OF VALLEJO and D. JOSEPH

# PROOF OF SERVICE

### Colin M., a minor, et al. v. St. Helena Hospital, et al.
### USDC, Norther District, Case No. 4:08-CV-01930 WHA

I am employed in the County of Solano, State of California. I am over the age of 18 and not a party to the within action. My business address is City Attorney's Office, City of Vallejo, City Hall, 555 Santa Clara Street, Vallejo, California, 94590.

On the date set forth below, I served the following document(s):

⇨ **INITIAL DISCLOSURES OF DEFENDANTS CITY OF VALLEJO AND D. JOSEPH [F.R.C.P., RULE 26]**

on all interested parties to said action by the following means:

[✔] **BY MAIL:** By placing a true copy thereof, enclosed in a sealed envelope, for collection and mailing on that date following ordinary business practices, at the Office of the City Attorney, City of Vallejo, City Hall, 555 Santa Clara Street, Vallejo, CA 94590, addressed as shown below. I am "readily familiar" with the City government's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the United States Postal Service on that same day it was placed for collection and processing, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

## **SEE ATTACHED SERVICE LIST**

[ ] **BY PERSONAL SERVICE:** By causing a true copy thereof to be delivered by hand to the following address(es):

[ ] **BY OVERNIGHT DELIVERY:** By placing a true copy thereof, enclosed in a sealed envelope, with delivery charges to be billed to the Office of the City Attorney, to be delivered by express delivery to the following address(es):

[ ] **BY FACSIMILE TRANSMISSION:** By transmitting a true copy thereof by facsimile transmission from facsimile number (707) 648-4687, to the address(ees) at the following facsimile number(s):

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on the 14th day of July 2008, at Vallejo, California.

VANESSA CERTEZA GARCIA
Legal Secretary

## SERVICE LIST

### Colin M., a minor, et al. v. St. Helena Hospital, et al.
### USDC, Norther District, Case No. 4:08-CV-01930 WHA

| | |
|---|---|
| JOHN HOUSTON SCOTT, Esq.<br>Scott Law Firm<br>1375 Sutter Street, Suite 22<br>San Francisco, CA 94109<br>Tel: (415) 561-9600<br>Fax: (415) 561-9609 | Counsel for Plaintiffs:<br><br>*COLIN M., a minor, through his guardian ad litem, TRACY KELLY; TRACY KELLY, individually and as guardian as litem for COLIN M.; and RON MASSIE* |
| ROBERT M. SLATTERY, Esq.<br>McNamara, Dodge, Ney, et al.<br>P.O. Box 5288<br>Walnut Creek, CA 94596 | Counsel for Defendant:<br><br>*ST. HELENA HOSPITAL* |
| DAVID GARCIA, Esq.<br>Muro & Lampe, Inc.<br>2277 Fair Oaks Boulevard, Suite 155<br>Sacramento, CA 95825 | Counsel for Defendants:<br><br>*KAISER FOUNDATION HOSPITALS and JASON ROBERT NAU, M.D.* |
| AARON T. SCHULTZ, Esq.<br>Galloway, Lucchese, Everson & Picchi<br>1676 North California Boulevard, Suite 500<br>Walnut Creek, CA 94596-4183 | Counsel for Defendant:<br><br>*FRANCIS J. MULLER, JR., M.D.* |

# ATTACHMENT

```
VALLEJO POLICE DEPARTMENT                                                                           PAGE:   000001
Date:  11/29/07   Time: 10:35                                                                  Requested By: FLATER,CRAIGE
                                          INCIDENT   RECALL
                                                                                                              Close
Incident        Time  Type  Pri Dispo       Address              Bldg Apt  Callers Name        P-unit         Date/    Operator
                                            Location                       Callers Address                   Time
- - - - - - - - - - - - - - - - - - -      Beat   Team/Dist  Area  - - - - Callers Phone      - - - - - - - - - - - - - -
===========   ===== ====== === =====  ================================= ===== == ==================== =============== ======== ========
PD070515036822  14:15 415F  2   4     612 DEL MAR AVE                        MARY-OFFICE             PD/Y33          07/05/15 PD2018
                                      COOPER SCHOOL                          612 DEL MAR AV                          15:45
                                           703       07          VPD         7075568426


Date     Time                                                                                             Operator
-------- -----                                                                                            --------------------
07/05/15 14:18 Incident Initiated By: PD/EVERETT,SUSAN                                         06         EVERETT,SUSAN
07/05/15 14:18 RP CALLING TO RPT A 6YO KINDERGARTENER OUT OF CONTROL, HITTING THE MOTHER       06         EVERETT,SUSAN
07/05/15 14:18 , THROWING DIRT IN HER FACE...                                                  06         EVERETT,SUSAN
07/05/15 14:18 Units Recommended       PD/2P7       PD/1D5          BPD/1P8       BPD/2P8     PD/2P2      NEWMAN,KELLY
07/05/15 14:18 Location                CHANGED                To: COOPER SCHOOL                06         EVERETT,SUSAN
07/05/15 14:18 Units Recommended       PD/1D5       BPD/1P8         BPD/2P8       PD/2P2      BPD/1P3    NEWMAN,KELLY
07/05/15 14:19 THEY'RE GOT HIM CONTAINED IN THEIR CAR - SOMEONE WILL BE THERE TO DIRECT.       06         EVERETT,SUSAN
07/05/15 14:19 Units Recommended       PD/1D5       PD/2P2          PD/2P3        PD/S1       PD/S2       EVERETT,SUSAN
07/05/15 14:19 Units Recommended       PD/1D5       PD/2P2          PD/2P3        PD/S1       PD/S2       NEWMAN,KELLY
07/05/15 14:19 Stat PD/1D5             DI                     Loc: COOPER SCHOOL                          NEWMAN,KELLY
07/05/15 14:19 Stat PD/2P2             DI                     Loc: COOPER SCHOOL                          NEWMAN,KELLY
07/05/15 14:19 Primary Unit            CHANGED                To: PD/1D5                                  UNKNOWN
07/05/15 14:20 Stat PD/Y33             DI                     Loc: COOPER SCHOOL                          NEWMAN,KELLY
07/05/15 14:20 Primary Unit            CHANGED Fr: PD/1D5     To: PD/Y33                       03         NEWMAN,KELLY
07/05/15 14:20 Stat PD/1D5             CC                     Loc: COOPER SCHOOL                          NEWMAN,KELLY
07/05/15 14:20 Stat PD/2P2             CC                     Loc: COOPER SCHOOL                          NEWMAN,KELLY
07/05/15 14:20 Stat PD/Y33             UA                     Loc: COOPER SCHOOL                          NEWMAN,KELLY
07/05/15 14:29 Stat PD/Y31             UA                     Loc: COOPER SCHOOL                          NEWMAN,KELLY
07/05/15 14:29 Stat PD/Y31             C4                     Loc: COOPER SCHOOL                          NEWMAN,KELLY
07/05/15 14:29 Stat PD/Y33             C4                     Loc: COOPER SCHOOL                          NEWMAN,KELLY
07/05/15 14:30 Stat PD/Y20             EN                     Loc: COOPER SCHOOL                          NEWMAN,KELLY
07/05/15 14:44 C2 MEDIC TUOL/DEL                                                               03         NEWMAN,KELLY
07/05/15 14:45 Report Num: Fmt-02   LPD070515009921 - ADDED TO EVENT                                      NEWMAN,KELLY
07/05/15 14:46 C2 MEDIC ENR                                                                    07         GILES,TERI
07/05/15 15:02 Unit PD/Y33             Status Location Added  Loc: FLLWNG MED TO KH                       NEWMAN,KELLY
07/05/15 15:02 Stat PD/Y31             CC                     Loc: COOPER SCHOOL                          WALKER,DUANE
07/05/15 15:05 Stat PD/Y20             CC                     Loc: COOPER SCHOOL                          NEWMAN,KELLY
07/05/15 15:45 Stat PD/Y33             CC                     Loc: FLLWNG MED TO KH                       GILES,TERI
07/05/15 15:45 Disposition             CHANGED                To: 4                            07         GILES,TERI
07/05/15 21:24 Incident Associated to: LPD070515036946                                         07         GILES,TERI
07/05/15 21:29       IAAssocInc LPD070515036946 UPDATE PriUnt to PD/3P5                                   UNKNOWN
07/05/15 22:38 5     IAAssocInc LPD070515036946 UPDATE Cmplnt to 1090A                         06         MORGAN,CATHY
07/05/16 00:11 IAAssocInc LPD070515036946 UPDATE Dispo  to 5                                   00         KENT,STEVEN


==== Vehicle / Subject Information ====
-------- -----
NO VEHICLE OR SUBJECT RECORDS FOR EVENT LPD070515036822.
```

State of California—Health and Welfare Agency | Department of Mental Health

**APPLICATION FOR 72-HOUR DETENTION FOR EVALUATION AND TREATMENT**

*Confidential Client/Patient Information*
*See California W & I Code Section 5328*

MH 302 (7/90)

W & I Code, Section 5157, requires that each person when first detained for psychiatric evaluation be given certain specific information orally, and a record be kept of the advisement by the evaluating facility.

[X] Advisement Complete    [ ] Advisement Incomplete

Good Cause for Incomplete Advisement

Advisement Completed By: **D. JOSEPH**
Position: **POLICE OFC**
Date: **051507**

**DETAINMENT ADVISEMENT**

My name is **D. JOSEPH #585**
I am a (Peace Officer, etc.) with (Name of Agency). You are not under criminal arrest, but I am taking you for examination by mental health professionals at (Name of Facility).

You will be told your rights by the mental health staff.

*If taken into custody at his or her residence, the person shall also be told the following information in substantially the following form:*

You may bring a few personal items with you which I will have to approve. You can make a phone call and/or leave a note to tell your friends and/or family where you have been taken.

To **KAISER HOSPITAL**

Application is hereby made for the admission of **COLIN MASSIE, 12/12/00**
residing at **221 ALVARADO ST**, California, for 72-hour treatment and evaluation pursuant to Section 5150, (adult) et seq. or Section 5585 et seq. (minor), of the Welfare and Institutions Code. If a minor, to the best of my knowledge, the legally responsible party appears to be/is: (Circle one) Parent; Legal Guardian; Juvenile Court as a WIC 300; Juvenile Court as a WIC 601/602; Conservator. If known, provide names, address and telephone number: **TRACY KELLEY, DOB: 082874, CDL 221 ALVARADO, VALLEJO CA 643-2208**

The above person's condition was called to my attention under the following circumstances: (See reverse side for definitions)

**CALLED TO COOPER ELEMENTARY SCHOOL IN REGARDS TO A STUDENT HITTING AND ATTACKING HIS MOTHER. UPON ARRIVAL (S) WAS YELLING AND ACTING UNCONTROLLABLE. (S) WOULD NOT LISTEN TO MOTHER AND WAS RUDE. (S) ATTEMPTED TO FLEE AND HAD TO BE PLACED IN PATROL CAR. IN PATROL CAR (S) WAS KICKING, YELLING**

The following information has been established: (Please give sufficiently detailed information to support the belief that the person for whom evaluation and treatment is sought is in fact a danger to others, a danger to himself/herself and/or gravely disabled.)

**SCREAMING. (S) IS A DANGER TO HIMSELF AND MOTHER. IT IS FEARED THAT (S) WILL RUN FROM MOTHER OR FAMILY ONCE POLICE DEPT LEFT SCENE. (S) TRANSPORTED TO KAISER**

Based upon the above information it appears that there is probable cause to believe that said person is, as a result of mental disorder:

[X] A danger to himself/herself. [ ] A danger to others. [ ] Gravely disabled adult. [ ] Gravely disabled minor.

Signature title and badge number of peace officer, member of attending staff of evaluation facility or person designated by county: **D. JOSEPH #585**
Date: **051507**
Time: **1520**
Phone: **(707) 648-432**

Name of Law Enforcement Agency or Evaluation Facility/Person: **VALLEJO POLICE DEPT**
Address of Law Enforcement Agency or Evaluation Facility/Person: **111 AMADOR ST, VALLEJO, CA 94590**

[ ] Weapon was confiscated and detained person notified of procedure for return of weapon pursuant to W & I Code Section 8102.
(officer/unit & phone #) _____

**NOTIFICATIONS TO BE PROVIDED TO LAW ENFORCEMENT AGENCY**

NOTIFICATION OF PERSON'S RELEASE FROM AN EVALUATION AND TREATMENT FACILITY IS REQUESTED BY THE REFERRING PEACE OFFICER BECAUSE:

[ ] Person has been referred under circumstances in which criminal charges might be filed pursuant to W & I Code Sections 5152.1 and 5152.2.
Notify (officer/unit & phone #) _____

[ ] Weapon was confiscated pursuant to W & I Code Section 8102.
Notify (officer/unit & phone #) _____

SEE REVERSE SIDE FOR INSTRUCTIONS

# SOLANO COUNTY SHERIFF'S DEPARTMENT
530 UNION AVENUE, SUITE 100
FAIRFIELD, CA 94533

## ARREST REPORT

☒ JUVENILE  ☐ ADULT

**COPIES TO:**
- ☐ DA
- ☐ PROB
- ☐ DOJ
- ☒ INV
- ☐ PAT
- ☐ RISK MANAGEMENT
- ☐ COUNTY COUNSEL — 2033
- ☒ OTHER RD

**CASE NO.:** 07-9921
**PAGE:**
**REP DEV CODE:** **RD:** **BEAT:** 7
**PROP 115 QUALIFIED:** ☐ YES ☐ NO
**WEAPON USED:** ☐ YES ☐ NO
**DOMESTIC VIOLENCE:** ☐ YES ☐ NO
**BILLABLE:** ☐ YES ☐ NO
**AGENCY NO.:** 4807

### ARREST DATA 1
- **DATE/TIME OF ARREST:** 051507 / 1415
- **48 HOUR EXPIRATION:**
- **LOCATION OF ARREST:** 612 Del Mar Ave
- **ARRESTING AGENCY:** Vallejo PD
- **TYPE OF ARREST:** ☒ PC ☐ WARRANT ☐ CITIZEN ☐ OTHER
- **LOCATION OF OFFENSE:** 612 Del Mar Ave
- **ARRESTING OFFICER ID #:** A585 D. Joseph

### 2 SUSPECT
- **NAME (Last, First, Middle):** MASSIE, COLIN
- **SEX:** M  **RACE:** W  **D.O.B.:** 12/12/00  **AGE:** 6  **HGT:** 3'6"  **WGT:** 70  **HAIR:** BRN  **EYES:** BRN  **POB:** Vallejo
- **RESIDENCE ADDRESS:** 221 Alvarado  **CITY:** Vallejo  **ST:** CA  **YRS:** 1  **RES. PHONE:** 643-2208  **DL NUMBER/STATE:**
- **BUSINESS NAME AND ADDRESS:** 617 Del Mar Ave  **CITY:** Vallejo  **BUS. PHONE:**  **BUILD:** ☐ 0=UNK ☒ 1=THIN ☐ 2=MED ☐ 3=HEAVY ☐ 4=MUSCULAR
- **AKA:**
- **GANG:** ☐ KNOWN ☐ UNK  **AFFILIATION:**  **SSN #:**  **OCCUPATION:** Student

### 3 VEHICLE
- **LICENSE #:** **STATE:** **YEAR:** **MAKE:** **MODEL:** **DISPOSITION OF VEHICLE:**

### 4 CHARGES
| CODE SECTION / DESCRIPTION | MISD | FELONY | WARRANT NO. | ISSUING AGENCY | COURT | BAIL |
|---|---|---|---|---|---|---|
| 5150 W&I Mental Evaluation | | | | | | |

### 5 FACTS ESTABLISHING ELEMENTS AND IDENTIFICATION OF DEFENDANT
— SEE ATTACHED —

- **VICTIMS AGE:**  **VICTIMS INJURIES:**  **WEAPON DESCRIPTION:**
- **VALUE OF PROPERTY LOSS:**  **TYPE OF PROPERTY:**  **TYPE OF NARCOTICS:**  **QUANTITY:**  **STREET VALUE:**  **WHOLESALE VALUE:**
- ☐ BAIL PER SCHEDULE  **BAIL SET AT $:**
- **RELEASED FROM CUSTODY:** ☐ BAIL ☐ PTA ☐ PC 825 ☐ OTHER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELIEF.
**EXECUTED ON (DATE):** 051507 AT SOLANO COUNTY, CALIFORNIA BY (ARRESTING OFFICER SIGNATURE) D. Joseph #585

ON THE BASIS OF: ☐ THE OFFICER'S DECLARATION ☐ REPORTS REVIEWED. I HEREBY DETERMINE THAT THESE ☐ IS ☒ IS NOT PROBABLE CAUSE TO BELIEVE THIS ARRESTEE HAS COMMITTED A CRIME  **DATE:** **TIME:** **JUDICIAL SIGNATURE:**

### 6 CUSTODY INFO
- **COMPLAINTS OF ILLNESS OR INJURY:** ☐ YES ☒ NO
- **EVIDENCE OF ILLNESS OR INJURY:** ☐ YES ☒ NO
- **EXPLAIN:**  **TREATED BY:**  **LOCATION:**
- ☐ COURT  ☐ OTHER
- **EMERGENCY NOTIFICATION NAME (Last, First, Middle):**  **ADDRESS:**  **CITY:**  **RES. PHONE:**
- **CASH:**  **COIN:**  **TOTAL:**  **WITNESS:**  **DATE:**  **TIME:**
- **HOLDS:**  **TRANSPORTING OFFICER:**  **ID #:**  **AGENCY:**  **APPROVED BY:** Sgt. B. De Jesus #507  **ENTERED RMS BY:**
- **OTHER AGENCY NO.:**  **TIME REC.:**  **RECEIVING OFFICER(S):**  **BI NUMBER:**  **BOOKING NO.:**

# SOLANO COUNTY SHERIFF'S DEPARTMENT

## ARREST REPORT

AGENCY NO. **4807**

CASE NO. **07-9921**

PAGE

| AMT OF HAIR 7 | HAIR STYLE 11 | COMPLEXION 13 | TATTOOS/SCARS DISTING MARKS 16 | WEAPON(S) 21 |
|---|---|---|---|---|
| ☐ 0 UNKNOWN **Q21**<br>☐ 1 THICK<br>☐ 2 THIN<br>☐ 3 RECEDING<br>☐ 4 BALD<br>☐ 5 OTHER | ☐ 0 UNKNOWN **Q25**<br>☐ 1 LONG<br>☐ 2 SHORT<br>☐ 3 COLLAR<br>☐ 4 MILITARY<br>☐ 5 CREW CUT<br>☐ 6 RIGHT PART<br>☐ 7 LEFT PART<br>☐ 8 CENTER PART<br>☐ 9 STRAIGHT BACK<br>☐ 10 PONY TAIL<br>☐ 11 AFRO NATURAL<br>☐ 12 PROCESSED<br>☐ 13 TEASED<br>☐ 14 OTHER | ☐ 0 UNKNOWN **Q27**<br>☐ 1 CLEAR<br>☐ 2 ACNE<br>☐ 3 POCKMARKS<br>☐ 4 FRECKLED<br>☐ 5 WEATHERED<br>☐ 6 ALBINO<br>☐ 7 OTHER | ☐ 1 FACE ____ **Q30**<br>☐ 2 TEETH ____<br>☐ 3 NECK ____<br>☐ 4 R/ARM ____<br>☐ 5 L/ARM ____<br>☐ 6 R/HAND ____<br>☐ 7 L/HAND ____<br>☐ 8 R/LEG ____<br>☐ 9 L/LEG ____<br>☐ 10 R/SHOULDER ____<br>☐ 11 L/SHOULDER ____<br>☐ 12 FRONT TORSO ____<br>☐ 13 BACK TORSO ____<br>☐ 14 OTHER ____ | ☐ 0 UNKNOWN **Q33**<br>☐ 0 NONE<br>☐ 1 CLUB ____<br>☐ 2 HAND GUN ____<br>☐ 3 OTHER UNK GUN<br>☐ 4 RIFLE ____<br>☐ 5 SHOT GUN ____<br>☐ 6 TOY GUN ____<br>☐ 7 SIMULATED ____<br>☐ 8 POCKET KNIFE ____<br>☐ 9 FIXED BLADE KNIFE<br>☐ 10 OTH CUT STAB INST<br>☐ 11 HANDS FEET ____<br>☐ 12 BODILY FORCE ____<br>☐ 13 STRANGULATION<br>☐ 14 TIRE IRON ____<br>☐ 15 OTHER ____ |

| TYPE OF HAIR 8 | | GLASSES 14 | | |
|---|---|---|---|---|
| ☐ 0 UNKNOWN **Q22**<br>☐ 1 STRAIGHT<br>☐ 2 CURLY<br>☐ 3 WAVY<br>☐ 4 FINE<br>☐ 5 COARSE<br>☐ 6 WIRY<br>☐ 7 WIG<br>☐ 8 OTHER | | ☐ 0 UNKNOWN<br>☐ 0 NONE **Q28**<br>☐ 1 YES (NO DESCRIP)<br>☐ 2 REG GLASSES<br>☐ 3 SUN GLASSES<br>☐ 4 WIRE FRAME<br>☐ 5 PLASTIC FRAME COLOR ____<br>☐ 6 OTHER ____ | UNIQUE CLOTHING 17<br>☐ 1 HAT **Q31**<br>☐ 2 GLOVES<br>☐ 3 SKI MASK<br>☐ 4 STOCKING MASK<br>☐ 5 BASEBALL CAP<br>☐ 5 OTHER | WEAPON 19<br>☐ 0 N/A **Q32**<br>☐ 1 BAG/BRIEF CASE<br>☐ 2 NEWSPAPER<br>☐ 3 POCKET<br>☐ 4 SHOULDER HOLST<br>☐ 5 WAIST BAND<br>☐ 6 OTHER |

| FACIAL HAIR 12 | VOICE 15 | TEETH 18 | FACE 20 | WEAPON FEATURE 22 |
|---|---|---|---|---|
| ☐ 0 UNKNOWN **Q26**<br>☐ 0 N/A<br>☐ 1 CLN SHAVEN<br>☐ 2 MUSTACHE<br>☐ 3 FULL BEARD<br>☐ 4 GOATEE<br>☐ 5 FUMANCHU<br>☐ 6 LOWER LIP<br>☐ 7 SIDE BURNS<br>☐ 8 FUZZ<br>☐ 9 UNSHAVEN<br>☐ 10 OTHER | ☐ 0 UNKNOWN **Q29**<br>☐ 0 N/A<br>☐ 1 LISP<br>☐ 2 SLURRED<br>☐ 3 STUTTER<br>☐ 4 ACCENT DESCRIBE ____<br>☐ 5 OTHER ____ | ☐ 1 BROKEN **Q36**<br>☐ 2 CHIPPED<br>☐ 3 CROOKED<br>☐ 4 PROTRUDING<br>☐ 5 MISSING<br>☐ 6 NONE<br>☐ 7 GOLD<br>☐ 8 SILVER<br>☐ 9 STAINED/DECAYED | ☐ 1 BROAD **Q37**<br>☐ 2 HIGH CHK<br>☐ 3 LONG<br>☐ 4 OVAL<br>☐ 5 ROUND<br>☐ 6 SQUARE<br>☐ 7 THIN | ☐ 0 UNKNOWN **Q34**<br>☐ 0 NONE<br>☐ 1 ALTERED STOCK<br>☐ 2 SAWED OFF<br>☐ 3 AUTOMATIC<br>☐ 4 BOLT ACTION<br>☐ 5 PUMP<br>☐ 6 REVOLVER<br>☐ 7 BLUE STEEL<br>☐ 8 CHROME NICKEL<br>☐ 9 DOUBLE BARREL<br>☐ 10 SINGLE BARREL<br>☐ 11 OTHER |

| HAIR CONDITION 9 | R/L HANDED 10 |
|---|---|
| ☐ UNKNOWN **Q23**<br>☐ 1 CLEAN<br>☐ 2 DIRTY<br>☐ 3 GREASY<br>☐ 4 MATTED<br>☐ 5 ODOR<br>☐ 6 OTHER | ☐ 0 UNKNOWN **Q24**<br>☐ 1 RIGHT<br>☐ 2 LEFT |

## JUVENILE ARREST INFORMATION 23

| SCHOOL LAST ATTENDED | LOCATION | GRADE |
|---|---|---|
| Cooper Elementary | 612 Dez Mar | Kindergarten |

| NAME OF FATHER-GUARDIAN | ADDRESS | CITY | RES. PHONE | BUS. PHONE |
|---|---|---|---|---|
| Ronald Massie | 221 Alvarado | Vallejo | 643-2208 | |
| NAME OF MOTHER-GUARDIAN | ADDRESS | CITY | RES. PHONE | BUS. PHONE |
| Tracy Kelley | 221 Alvarado | Vallejo | 643-2208 | |
| NAME OF PARENT-GUARDIAN | ADDRESS | CITY | RES. PHONE | BUS. PHONE |
| | | | | |

| PERSON NOTIFIED | NOTIFIED BY | METHOD OF NOTIFICATION | DATE | TIME |
|---|---|---|---|---|
| Tracy Kelly | D. Joseph #585 | In Person | 051507 | 1453 |

## CITIZEN ARREST 24

CITIZEN ARREST STATEMENT: I HEREBY ARREST THE ABOVE PERSON ON THE CHARGE INDICATED HEREIN AND REQUEST A PEACE OFFICER TO TAKE HIM/HER INTO CUSTODY. I WILL APPEAR TO SIGN A COMPLAINT AGAINST THE PERSON I HAVE ARRESTED. (SIGNATURE) ____

| CITIZEN'S NAME (Last, First, Middle) | ADDRESS | CITY | RES. PHONE | BUS. PHONE |
|---|---|---|---|---|
| | | | | |

IN VIEW OF THE INFORMATION HEREIN STATED, THE ABOVE ARRESTEE WAS NOT RELEASED PURSUANT TO CP 853.6 SPECIFICALLY BECAUSE:

☐ INTOXICATED STATE MAY RESULT IN DANGER TO SELF OR OTHERS.
☐ ARRESTEE REQUIRED MEDICAL EXAMINATION OR CARE OR COULD NOT CARE FOR OWN SAFETY.
☐ THE IMMEDIATE RELEASE WOULD JEOPARDIZE PROSECUTION.
☐ ARRESTED FOR ONE OR MORE OFFENSES LISTED UNDER SECTION 40302 CVC.
☐ DEMANDED IMMEDIATE APPEARANCE.
☐ ARRESTED FOR 23152 (a) & (b) CVC.
☐ THERE ARE ADDITIONAL OUTSTANDING ARREST WARRANTS.
☐ ARRESTEE HAD NO PERSONAL IDENTIFICATION
☐ RELEASE WOULD INCREASE LIKELIHOOD OF OFFENSE CONTINUING.
☐ REFUSED TO SIGN WRITTEN PROMISE TO APPEAR.

| REPORTING OFFICER | ID# | DATE | REVIEWED BY / ID# | DATE |
|---|---|---|---|---|
| D. Joseph | 585 | 051507 | | |

# CITY OF VALLEJO
# RISK MANAGEMENT DIVISION

RECEIVED
NOV 28 2007
By_____

November 27, 2007

**TO:** Robert Nichelini, Chief of Police

**FROM:** Harry B. Maurer, Interim Risk Manager

**SUBJECT:** Claim for Damages Against the City of Vallejo

| | |
|---|---|
| Claimant: | Colin Massie, Ron Massie & Tracy Kelly<br>1342 Monteith Drive<br>Vallejo, CA 94590 |
| Location: | Cooper Elementary School, Vallejo |
| Date of Claim: | 5/15/2007 |
| Amount: | Unspecified (more than $25,000.) |

Attached is a copy of a claim filed in the office of the City Clerk on **November 7, 2007** which relates to the operation and functions of your Department, and which alleges negligence or other wrongful conduct in the performance of official duties. If the claim identifies specific employees, they should be alerted, and statements obtained from them if such hasn't already been done. The procedures for reporting incidents and processing claims involving City personnel and/or property are outlined in A.R. 4.4, revised on September 24, 2002, and you should consult that regulation for further details.

If a report or reports of the incident have already been prepared, or when prepared, please forward copies to the City's Liability Claims Administrator, George Hills Co., Inc., and this office at the earliest opportunity.

You should be receiving a phone call shortly from George Hills Co. Inc., Claims Administrator, to discuss the facts and circumstances underlying the claim. <u>Please direct your staff to cooperate with this person.</u> If you have any questions or comments, please do not hesitate to contact this office at 648-4485. Thank you.

Attach.

cc: George Hills Co., Inc. (w/o attach.)

memo.pd

VALLEJO POLICE DEPARTMENT
REPORT SUPPLEMENT
07-9921
MAY 15, 2007

Facts:

On the above date, I was contacted by Officer D. JOSEPH # 585 who requested that I respond to Cooper Elementary School located @ 612 Del Mar Ave. Ofc. JOSEPH reported that he had been dispatched to the school regarding an out of control minor who he identified as (6) yr old COLIN MASSIE. Ofc. JOSEPH repeated the minor's age and indicated that he needed assistance in assessing this child's needs.

Upon arrival, I walked up to the rear of Vallejo Police Department Patrol vehicle #158 and noted the rear passenger door was open, and Ofc. JOSEPH was standing there as if he was attempting to block the door itself. I heard a child screaming and sounding as if he was in a great deal of pain. As Ofc. JOSEPH stepped out of the way, I observed the minor in question, COLIN MASSIE who was seated in the rear passenger seat screaming and grabbing onto the cage portion of the rear seat. Aside from him seated in the rear passenger seat of a police vehicle, he was unrestrained as I stepped closer toward the door with the hope of calming him down. As I leaned into the vehicle, COLIN MASSIE turned his body toward me as if he was attempting to exit the vehicle, and he tried to kick me with both his feet. COLIN MASSIE was screaming about wanting to get out and be left alone. He was crying and attempting to bite anyone who was within reach. He refused or was unable to calm down and when asked if something was wrong, he was unwilling or unable to comprehend what was being asked of him.

It should be noted that I was completely taken by this minor's inability to calm down and believed that what I was a witness to was well beyond a temper tantrum, and was bordering on a possible medical episode. I asked Ofc. Joseph to take a position by the rear door to prevent the minor from exiting the vehicle and run into traffic @ Tuolumne and Del Mar. I did not trust the minor's ability to stay seated without constant supervision.

I contacted Tracy Kelly who was present asking if COLIN MASSIE was her son. I was told he was and that she did not know what else to do. She indicated that upon arriving at the school her son COLIN MASSIE was out of control and was running away from her and school staff. He was reported to be acting out all day by school staff as his Mother said she had been contacted earlier and made aware her son's defiant behavior. Ms. Kelly confirmed that the school requested for her to respond and take control of her son, but for unspecified reasons, she did not arrive until after school at 1400 hrs. I asked Ms. KELLY why she had not come to the school sooner as she indicated that her son has acted out before and the school is aware of how to handle his behavior. I asked Ms. Kelly if her son was under the care of a doctor for any type of psychological disorder. She said that he has his own doctor, but stopped short of confirming that he had been treated for any disorders or if he was on any specific medication for a disorder.

I then spoke with MARY CRANE (Cooper School Office Secretary) asking her to confirm if the minor had been a problem child with defiant and aggressive behavior. Ms. CRANE confirmed that COLIN MASSIE has been a problem child, and that his behavior has bordered on violent. She described him as very aggressive toward other teachers and children. She stated that he has turned over desk and chairs, thrown wooden blocks at others, and refuses to listen to any level of reason. Ms. Crane began speaking on the events of today saying that COLIN had been very disruptive throughout the day, and had been running

around the campus and away from school staff. She indicated that Ms. KELLY had been called much earlier and asked to come to the school and take control of her son. Ms. CRANE said once Ms. KELLY showed up, COLIN became very assaultive toward her which included him throwing dirt in her face, and physically punching her as she was attempting to leave the school. Ms. CRANE told Ms. KELLY that if she couldn't get her son COLIN to stop his assaultive and aggressive behavior, she was prepared to call the police. Ms. KELLY said that she understood and decided to wait for the police to arrive because she realized she was not in a position to control her child.

As I was attempting to confirm the above information with Ms. Kelly, I observed the minor's behavior dramatically escalate which resulted in the veins in his neck begin to protrude, his eyes were badly bloodshot, he was crying in an uncontrollable manner. I again stepped toward the rear portion of unit #158 and kneeled down hoping to speak with the minor. He lunged toward me attempting to grab my left arm as if he was going to bite me. He continued to scream, cry, and pound the back of the patrol vehicle. I attempted to calm him down and began to realize this child was not going to calm down or comply with anyone's reasonable request to remain still. He continued to try and escape the rear portion of the patrol vehicle which would have resulted in the child running away and possibly into traffic. I asked Ms. KELLY if she be able to handle her son once we left as she said that she didn't think so. She was concerned if she would be able to get him into the family car, and if he would remain calm during the drive home. She also expressed concerns if once at home, how long would he remain there, or if he ran out of the house, how he would be restrained.

I asked Ms.KELLY if she was "aware" of how to handle her son's behavior which went far beyond that of a child having a temper tantrum, and was bordering on the child appearing to be having a medical emergency.

I explained to Ms. KELLY that it was my opinion her son, COLIN MASSIE needed to be medically evaluated and placed on a 5150 W& I hold as I did not characterize his behavior as normal. I explained to Ms. KELLY that COLIN MASSIE was a danger to himself and others; in addition, I did not believe she was capable of caring for him while in his present condition. She offered no objection to the course of action I described; in addition, she confirmed that his behavior went far beyond what she was capable of handling at the present time.

I contacted VPD dispatch and requested for immediate medical aid due to my believing this child was suffering from a medical emergency. Once the ambulance arrived on scene, the paramedics contacted the minor in question and attempted to calm him down. They were unsuccessful and also concurred that the most appropriate course of action was to have the minor taken to Kaiser for immediate medical follow up. Ms. KELLY was advised by the paramedics that the child should be taken in as she offered no resistance agreeing that her son needed to be medically evaluated.

As the paramedics attempted to have COLIN MASSIE exit the patrol vehicle, he had to physically be assisted by one of the paramedics who grabbed hold of him in a bare like hug and placed him onto a gurney. The minor continued to escalate in his aggressive behavior which resulted in him being restrained to the gurney he was placed on. The paramedics who responded were also unsuccessful at calming the minor down, and he was taken to Kaiser Hospital. I directed Ofc JOSEPH to follow the minor to Kaiser and place him on a 5150 evaluation once he conferred with medical staff on scene. There was no other option or appropriate course of action which could have been taken. It was apparent the minor in question had to be taken for immediate evaluation due to his present physical, emotional, and mental condition which was clearly impaired.

S. DE JESUS # 507