| | |
|---|---|
| 1 | MURO & LAMPE, INC. |
| 2 | Ross E. Lampe, Esq. (SBN: 172336)<br>David J. Garcia, Esq. (SBN: 209311) |
| 3 | 2277 Fair Oaks Blvd. #155 |
| 4 | Sacramento, CA 95825<br>Telephone:    (916) 925-9500 |
| 5 | Facsimile:    (916) 925-9550<br>Ross.lampe@muro-lampe.com |
| 6 | David.garcia@muro-lampe.com |
| 7 | |
| 8 | Attorneys for Defendants<br>Kaiser Foundation Hospitals, The |
| 9 | Permanente Medical Group, Inc.,<br>and Jason Robert Nau, M.D. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M., a minor, through his guardian ad litem, TRACY KELLY; TRACY KELLY, individually and as guardian ad litem for Colin M.; and RON MASSIE,<br><br>Plaintiffs,<br><br>vs.<br><br>ST. HELENA HOSPITAL dba ST. HELENA HOSPITAL CENTER FOR BEHAVIORAL HEALTH, FRANCIS J. MULLER, M.D., KAISER FOUNDATION HOSPITAL dba KAISER PERMANENTE, JASON ROBERT NAU, M.D., CITY OF VALLEJO, D. JOSEPH, and DOES 1-25, inclusive<br><br>Defendants. | Case No.: C08-01930 WHA<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1  (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

DATED: 7.9.8

MURO & LAMPE, INC.

By: _____
Ross E. Lampe, Esq.
**Attorneys for Defendants Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., and Jason Robert Nau, M.D.**

DATED : _____

____Signature to Follow____
Kaiser Foundation Hospitals

DATED : _____

____Signature to Follow____
The Permanente Medical Group, Inc.

DATED : _____

____Signature to Follow____
Jason Robert Nau, M.D.

---

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

DATED: _____

MURO & LAMPE, INC.

By: _____
Ross E. Lampe, Esq.
Attorneys for Defendants Kaiser Foundation Hospitals, The Permanente Medical Group, Inc., and Jason Robert Nau, M.D.

DATED: 7-15-08

*/s/ Carlene Valentine*
Kaiser Foundation Hospitals

DATED: 7-15-08

*/s/ Carlene Valentine*
The Permanente Medical Group, Inc.

DATED: 7/15/08

*/s/ Jason Robert Nau*
Jason Robert Nau, M.D.

ADR CERTIFICATION BY PARTIES AND COUNSEL