**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 17, 2008

Case No.  C08-1930  WHA

Title: Colin M. v. St. Helena Hospital

Plaintiff Attorneys:    Liza deVries

Defense Attorneys:   Alesia Jones-Martin for City of Vallejo & Dft. Joseph; Robert Slattery  for St.Helena; Ross Lampe forKaiser

Deputy Clerk: Frank Justiliano

Court Reporter: Katherine Wyatt

**PROCEEDINGS**

1)    Case Management Conference  - Held.

2)

**ORDERED AFTER HEARING:**

Plaintiff to amend complaint,  to add new defendant and remove the City of Vallejo,  by Noon, July 22, 2008.   Scheduling order to be issued  by the Court.