John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Tel: (415) 561-9600
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M., a minor, through his guardian ad litem, TRACY KELLY; TRACY KELLY, individually and as guardian ad litem for Colin M.; and RON MASSIE,<br><br>Plaintiffs,<br><br>v.<br><br>ST. HELENA HOSPITAL dba ST. HELENA HOSPITAL CENTER FOR BEHAVIORAL HEALTH, FRANCIS J. MULLER, M.D., KAISER FOUNDATION HOSPITAL dba KAISER PERMANENTE, JASON ROBERT NAU, M.D., CITY OF VALLEJO, D. JOSEPH, and DOES 1-25, inclusive<br><br>Defendants. | Case No.: C08-01930 WHA<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO AMEND THE COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO DISMISS CLAIMS WITHOUT PREJUDICE**<br><br>Date:  August 28, 2008<br>Time:  8:00 a.m.<br>Place: Courtroom 9, 19th Fl.<br>Judge: Hon. William Alsup |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on August 28, 2008 at 8:00 a.m., before Judge William Alsup in courtroom 9, 19th Floor of the United States District Court, Northern District, Plaintiffs will move, and hereby do move, for leave to file an amended complaint, or in the alternative, motion to dismiss claims without prejudice. That motion will be made on the basis of the memorandum of points and authorities, the Declaration of Lizabeth N. de Vries, and argument of counsel at the hearing and the pleadings on file.

- 1 -

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT

| | |
|---|---|
| **DATED:** July 22, 2008 | **SCOTT LAW FIRM** |
| | By: _____/s/_____<br>LIZABETH N. De VRIES<br>Attorney for Plaintiff |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT**

SCOTT LAW FIRM
1375 SUTTER STREET, SUITE 222
SAN FRANCISCO, CA 94109