UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COLIN M., a minor, through his guardian
ad litem, TRACY KELLY, et al.
          Plaintiff(s),

Case No. 4:08-CV-01930-WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

ST. HELENA HOSPITAL, et al.

          Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 7/21/08

JOSEPH M. TANNER
City Manager

Dated: 7-16-08

ALESIA JONES-MARTIN
Assistant City Attorney