John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Tel: (415) 561-9600
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M., a minor, through his guardian ad litem, TRACY KELLY; TRACY KELLY, individually and as guardian ad litem for Colin M.; and RON MASSIE, <br><br> Plaintiffs, <br><br> v. <br><br> ST. HELENA HOSPITAL dba ST. HELENA HOSPITAL CENTER FOR BEHAVIORAL HEALTH, FRANCIS J. MULLER, M.D., KAISER FOUNDATION HOSPITAL dba KAISER PERMANENTE, JASON ROBERT NAU, M.D., CITY OF VALLEJO, D. JOSEPH, and DOES 1-25, inclusive <br><br> Defendants. | Case No.: C08-01930 WHA <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND THE COMPLAINT, OR IN THE ALTERNATIVE, MOTION TO DISMISS CLAIMS WITHOUT PREJUDICE** <br><br> Date:  August 28, 2008 <br> Time:  8:00 a.m. <br> Place:  Courtroom 9, 19th Fl. <br> Judge:  Hon. William Alsup |

On August 28, 2008 at 8:00 a.m., the Court considered Plaintiffs' Motion To Amend The Complaint or in the Alternative Dismiss Claims Without Prejudice. After considering the pleadings and argument, the Court determines there is good cause to grant under FRCP 15 and 41 to grant plaintiffs leave to file an amended complaint and dismiss the City of Vallejo without prejudice because the bankruptcy court issued a stay in this litigation as to this defendant.

**IT IS SO ORDERED.**

DATED: August ____, 2008

By:_____
William H. Alsup
UNITED STATES DISTRICT JUDGE

- 1 -