1  **JONES & DYER**
   **A Professional Corporation**
2  **1800 J Street**
   **Sacramento, California 95811**
3  **Telephone: (916) 552-5959**
   **Fax: (916) 442-5959**
4
   **MARK A. JONES, State Bar #96494**
5
   Attorneys for: Defendants City of Vallejo and D. Joseph
6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 COLIN M., a minor, through his guardian ad litem, ) NO. 08 CV 01930 WHA
   TRACY KELLY, TRACY KELLY, individually           )
   and as guardian ad litem for Colin M., and RON   ) **SUBSTITUTION OF ATTORNEYS**
12 MASSIE,                                          )
                                  Plaintiffs,       )
13 vs.                                              )
                                                    )
14 ST. HELENA HOSPITAL dba ST. HELENA               )
   HOSPITAL CENTER FOR BEHAVIORAL                   )
15 HEALTH, FRANCIS J. MILLER, M.D., KAISER          )
   FOUNDATION HOSPITAL, dba KAISER                  )
16 PERMANENTE, JASON ROBERT NAU, M,.D.,             )
   CITY OF VALLEJO, D. JOSEPH, and DOES 1-25,       )
17 inclusive,                                       )
                                  Defendants.       )
18 _____          )

19

20    PLEASE TAKE NOTICE that defendants City of Vallejo and D. Joseph hereby substitute

21 Mark A. Jones, State Bar No. 96494, of Jones & Dyer, 1800 J Street, Sacramento, California 95811,

22 (916) 552-5959, fax number (916) 442-5959, to represent them in the above-captioned case in the

23 place and stead of Claudia Quintana, Deputy City Attorney for the City of Vallejo.

24    I consent to this substitution.

25    Dated:   August 1, 2008

26                                          Defendants City of Vallejo and D. Joseph

27
                                            By:   /s/ Claudia Quintana
28

**CASE NO. 08 CV 01930 WHA**
**SUBSTITUTION OF ATTORNEYS**
-1-

1  I consent to this substitution.
2  Dated:    August 1, 2008
3
4                                              By:    /s/ Claudia Quintana
                                                      Claudia Quintana, Deputy City Attorney
5                                                     for the City of Vallejo
6
7  I consent to this substitution.
8  Dated:    August 1, 2008
9
10                                             JONES & DYER
11                                             By:    /s/ Mark A. Jones
                                                      Mark A. Jones
12
13
14  IT IS SO ORDERED.
15  DATED:_____.
16
17                                             _____
18                                             UNITED STATES DISTRICT JUDGE

**CASE NO. 08 CV 01930 WHA**
**SUBSTITUTION OF ATTORNEYS**
-2-