1  **JONES & DYER**
   **A Professional Corporation**
2  **1800 J Street**
   **Sacramento, California 95811**
3  **Telephone: (916) 552-5959**
   **Fax: (916) 442-5959**
4
   **MARK A. JONES, State Bar #96494**
5
   Attorneys for: Defendants City of Vallejo and D. Joseph
6

7

8                    UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| COLIN M., a minor, through his guardian ad litem, TRACY KELLY, TRACY KELLY, individually and as guardian ad litem for Colin M., and RON MASSIE, <br><br>          Plaintiffs, <br><br> vs. <br><br> ST. HELENA HOSPITAL dba ST. HELENA HOSPITAL CENTER FOR BEHAVIORAL HEALTH, FRANCIS J. MILLER, M.D., KAISER FOUNDATION HOSPITAL, dba KAISER PERMANENTE, JASON ROBERT NAU, M,.D., CITY OF VALLEJO, D. JOSEPH, and DOES 1-25, inclusive, <br><br>          Defendants. | NO. 08 CV 01930 WHA <br><br> **SUBSTITUTION OF ATTORNEYS** |

20       PLEASE TAKE NOTICE that defendants City of Vallejo and D. Joseph hereby substitute

21  Mark A. Jones, State Bar No. 96494, of Jones & Dyer, 1800 J Street, Sacramento, California 95811,

22  (916) 552-5959, fax number (916) 442-5959, to represent them in the above-captioned case in the

23  place and stead of Claudia Quintana, Deputy City Attorney for the City of Vallejo.

24       I consent to this substitution.

25       Dated:   August 1, 2008

26                                              Defendants City of Vallejo and D. Joseph

27
                                                By:    /s/ Claudia Quintana
28

**CASE NO. 08 CV 01930 WHA**
**SUBSTITUTION OF ATTORNEYS**
-1-

I consent to this substitution.

Dated:     August 1, 2008

By:     /s/ Claudia Quintana
      Claudia Quintana, Deputy City Attorney
      for the City of Vallejo

I consent to this substitution.

Dated:     August 1, 2008

JONES & DYER

By:     /s/ Mark A. Jones
      Mark A. Jones

IT IS SO ORDERED.

DATED:     August 4, 2008.

IT IS SO ORDERED
Judge William Alsup

_____
UNITED STATES DISTRICT JUDGE