IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M., a minor, through his guardian ad litem, TRACY KELLY, TRACY KELLY, individually and as guardian ad litem for Colin M., and RON MASSIE,<br><br>Plaintiffs,<br><br>v.<br><br>ST. HELENA HOSPITAL d/b/a ST. HELENA HOSPITAL CENTER FOR BEHAVIORAL HEALTH, FRANCIS J. MILLER, M.D., KAISER FOUNDATION HOSPITAL d/b/a KAISER PERMANENTE, JASON ROBERT NAU, M.D., CITY OF VALLEJO, D. JOSEPH, and DOES 1–25, inclusive,<br><br>Defendants.<br>                                                              / | No. C 08-01930 WHA<br><br>**ORDER RESCHEDULING HEARINGS** |

The hearings on defendant Dr. Francis Muller's motion to dismiss and plaintiffs' motion to amend the complaint, or in the alternative, motion to dismiss are hereby rescheduled for **SEPTEMBER 11, 2008, AT 8AM**. The remaining briefing schedule on plaintiffs' motion to amend will remain as originally scheduled.

**IT IS SO ORDERED.**

Dated: August 13, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE