FREDERICK G. SOLEY
City Attorney, SBN 100270
**CLAUDIA M. QUINTANA**
Assistant City Attorney, SBN 178613
**CITY OF VALLEJO,** City Hall
555 Santa Clara Street, Third Floor
P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545   Fax: (707) 648-4687

MARK A. JONES, ESQ., SBN 96494
Jones & Dyer
A Professional Corporation
1800 J Street
Sacramento, CA 95811
Tel: (916) 552-5959   Fax: (916) 442-5959

Attorneys for Defendants, CITY OF VALLEJO and D. JOSEPH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M., a minor, through his guardian ad litem, TRACY KELLY; TRACY KELLY, individually and as guardian ad litem for Colin M.; and RON MASSIE,<br><br>Plaintiffs,<br>v.<br><br>ST. HELENA HOSPITAL dba ST HELENA HOSPITAL CENTER FOR BEHAVIORAL HEALTH, FRANCIS J. MULLER, M.D., KAISER FOUNDATION HOSPITAL dba KAISER PERMANENTE, JASON ROBERT NAU, M.D., CITY OF VALLEJO, D. JOSEPH, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 4:08-CV-01930-WHA<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

//

//

//

//

//

Case No. 4:08-CV-01930-WHA

- 1 -

NOTICE OF SUBSTITUTION OF COUNSEL

Defendants CITY OF VALLEJO and D. JOSEPH hereby designates the following attorney as counsel for service in this action:

> CLAUDIA M. QUINTANA (SBN 178613)
> Assistant City Attorney
> City of Vallejo, City Attorney's Office
> 555 Santa Clara Street
> Vallejo, CA 94590
> Tel: (707) 648-4545
> Fax: (707) 648-4687
> E-mail: cquintana@ci.vallejo.ca.us

The following attorney is no longer counsel of record in this action:

> ALESIA JONES-MARTIN (SBN 154420)

DATED:   August 21, 2008

/s/ - Claudia M. Quintana
CLAUDIA M. QUINTANA
Assistant City Attorney
Attorney for Defendants,
CITY OF VALLEJO and D. JOSEPH