IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN M., et al.,<br><br>    Plaintiff,<br><br>v.<br><br>ST. HELENA HOSPITAL, et al.,<br><br>    Defendant. | No. C 08-01930 WHA<br><br>**CLERK'S NOTICE RESCHEDULING MOTION HEARING** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the Motion to Dismiss and Motion to Amend, or in the Alternative, Motion to Dismiss previously set for September 11, 2008 at 8:00 a.m. have been rescheduled for **September 10, 2008 at 8:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 29, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Dawn Toland
    Courtroom Deputy to the
    Honorable William Alsup